# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| | |
|---|---|
| **RONAGAL LAMAR OUTLAW** | **PLAINTIFF** |
| **V.** | **NO. 1:14CV00057-JMV** |
| **COMMISSIONER OF SOCIAL SECURITY** | **DEFENDANT** |

## ORDER AWARDING ATTORNEY'S FEES

Before the court is Plaintiff's petition [22] for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). In response to the instant motion, counsel for the Defendant has filed the parties' Joint Stipulation for Attorney's Fees Under the EAJA and Costs which stipulates to an award of $5,250.00 in attorney's fees under the EAJA and costs in the amount of $400. Therefore,

IT IS ORDERED that the motion is granted in part, and Defendant shall promptly pay to Plaintiff a total amount of $5,650.00 for the benefit of counsel for Plaintiff.

This, 13th day of January, 2015.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE